1 Scott E. Davis
State Bar No. 016160
2 SCOTT E. DAVIS, P.C.
8360 E. Raintree Drive, Suite 140
3 Scottsdale, AZ 85260

4 Telephone: (602) 482-4300
Facsimile: (602) 569-9720
5 email: davis@scottdavispc.com

6 *Attorney for Plaintiff Timothy Stephenson*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Timothy Stephenson, | Case No. 2:15-cv-00707-DJH |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| v. | |
| United of Omaha Life Insurance Company; Canyon Custom, Door West and RGC, Inc.; Canyon Custom, Door West and RGC, Inc. Disability Plan, | |
| Defendants. | |

Plaintiff hereby gives notice that this case has settled.  The parties are working on finalizing the settlement documentation at this time.  The parties will, as soon as possible, file with the Court a Stipulation and Order to dismiss this case with prejudice.

DATED this 17th day of September, 2015.

SCOTT E. DAVIS, P.C.

By:   */s/ Scott E. Davis*
         Scott E. Davis
         Attorney for Plaintiff

-1-

-2-

## CERTIFICATE OF SERVICE

I hereby certify that on September 17, 2015 I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Susan Lewis, Esq.
Mutual of Omaha
Mutual of Omaha Plaza
Omaha, NE 68175

By: *Lisa L. Martinez*
An employee of Scott E. Davis, P.C.