# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Timothy Stephenson,<br><br>          Plaintiff,<br><br>v.<br><br>United of Omaha Life Insurance Company, et al.,<br><br>          Defendants. | No. CV-15-00707-PHX-DJH<br><br>**ORDER** |

The Court having received the parties' Stipulation of Dismissal (Doc. 9),

**IT IS HEREBY ORDERED** dismissing this action in its entirety, with prejudice, each party to bear its own attorneys' fees and costs.

**IT IS FINALLY ORDERED** directing the Clerk of Court to terminate this action.

Dated this 16th day of November, 2015.

_____
Honorable Diane J. Humetewa
United States District Judge